1 Janine Vancho, Esq. (SBN 195831)
 LAUGHLIN, FALBO, LEVY & MORESI
2 600 B Street, Suite 2300
 San Diego, CA 92101
3 Telephone: (619) 233-9898
 Facsimile: (619) 233-6862
4

5 Attorneys for Intervenor,
 LIBERTY INSURANCE CORPORATION
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 LORRELL HAMILTON,                                  No:    C 08-05563-MHP

11             Plaintiff,                             [PROPOSED] ORDER ALLOWING
                                                      FILING OF COMPLAINT IN
12     v.                                             INTERVENTION

13 THE SHERWIN WILLIAMS COMPANY;
 and DOES 1 to 50,                                    [Labor Code § 3852-3853]
14
              Defendants.
15

16 LIBERTY INSURANCE CORPORATION,

17             Plaintiff in Intervention,

18     v.

19 THE SHERWIN WILLIAMS COMPANY;
 and DOES 1 to 50,
20
              Defendants in Intervention.
21

22        PURSUANT TO THE PARTIES STIPULATION AND GOOD CAUSE SHOWING, IT IS

23 HEREBY ORDERED THAT: Liberty Insurance Corporation is granted leave to intervene.

24 Dated: April 6, 2009

                                                     _____
25                                                   HONORABLE MARILYN H. PATEL
                                                     United States District Court Judge
26

27

28