**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. OWENS, SB# 116075
E-mail: owens@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KIMBERLEI D. EVANS, SB# 205673
E-Mail: evans@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRELL HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SHERWIN WILLIAMS COMPANY, DOES 1 to 50,<br><br>    Defendant.<br><br>LIBERTY INSURANCE CORPORATION<br><br>    Plaintiff in Intervention<br><br>    v.<br><br>THE SHERWIN WILLIAMS COMPANY; and DOES 1 TO 50,<br><br>    Defendants in Intervention. | CASE NO. C 08-05563 MHP<br><br>~~[PROPOSED]~~ **ORDER EXTENDING MEDIATION DEADLINE**<br><br>Action Filed: 12/12/08<br>The Honorable Marilyn Hall Patel |

//

//

//

4844-0396-8003.1

-1-

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties have until July 30, 2009 to mediate.

DATED: 7/7/2009

HON. MARILYN H. PATEL



IT IS SO ORDERED
Judge Marilyn H. Patel

4844-0396-8003.1

-2-

[PROPOSED] ORDER