1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH C. OWENS, SB# 116075
2  E-mail: owens@lbbslaw.com
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   KIMBERLEI D. EVANS, SB# 205673
6  E-Mail: evans@lbbslaw.com
   One Sansome Street, Suite 1400
7  San Francisco, California 94104
   Telephone: (415) 362-2580
8  Facsimile: (415) 434-0882

9  Attorneys for Defendant
   THE SHERWIN-WILLIAMS COMPANY
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | LORRELL HAMILTON,                    ) CASE NO. C 08-05563 MHP
15 |         Plaintiff,                    ) **STIPULATION FOR DISMISSAL**
16 |    v.                                 )
17 | THE SHERWIN WILLIAMS COMPANY,         )
   | DOES 1 to 50,                         ) Action Filed: 12/12/08
18 |                                       ) The Honorable Marilyn Hall Patel
   |         Defendant.                    )
19 |_____    )
20 | LIBERTY INSURANCE CORPORATION         )
21 |         Plaintiff in Intervention     )
22 |    v.                                 )
23 | THE SHERWIN WILLIAMS COMPANY;         )
   | and DOES 1 TO 50,                     )
24 |                                       )
   |         Defendants in Intervention.   )
25

26     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE

27 PARTIES THROUGH COUNSEL OF RECORD, that plaintiff LORRELL HAMILTON

28 and plaintiff-in-intervention LIBERTY INSURANCE CORPORATION dismiss their

4829-9294-7204.1
                                    -1-
                          STIPULATION FOR DISMISSAL

1 actions in its entirety WITH PREJUDICE.

2     This Stipulation may be executed in courter-part and shall constitute an agreement
3 which is binding upon all of the parties hereto, notwithstanding that the signatures of all the
4 parties through counsel of record do not appear on the same page and faxed copies of the
5 signature pages may be filed as originals.

6     IT IS SO STIPULATED.

7
8 DATED: September 8, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP

9
10     By /s/ Kimberlei D. Evans
    JOSEPH OWENS
11     KIMBERLEI D. EVANS
    Attorneys for Defendant,
12     THE SHERWIN-WILLIAMS COMPANY

13 DATED: September __, 2009    KURLANDER & BURTON

14
15     By _____
    ROBERT G. BURTON
16     KIMBERLEI D. EVANS
    Attorneys for Plaintiff
17     LORELL HAMILTON

18
19 DATED: September __, 2009    LAUGHLIN, FALBO, LEVY & MORESI

20
21     By _____
    JANINE VANCHO
22     Attorneys for
    LIBERTY INSURANCE COMPANY
23
24
25
26
27
28

actions in its entirety WITH PREJUDICE.

This Stipulation may be executed in courter-part and shall constitute an agreement which is binding upon all of the parties hereto, notwithstanding that the signatures of all the parties through counsel of record do not appear on the same page and faxed copies of the signature pages may be filed as originals.

IT IS SO STIPULATED.

DATED: September ___, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSEPH OWENS
KIMBERLEI D. EVANS
Attorneys for Defendant,
THE SHERWIN-WILLIAMS COMPANY

DATED: September 4, 2009     KURLANDER & BURTON

By _____
ROBERT G. BURTON
KIMBERLEI D. EVANS
Attorneys for Plaintiff
LORELL HAMILTON

DATED: September ___, 2009     LAUGHLIN, FALBO, LEVY & MORESI

By _____
JANINE VANCHO
Attorneys for
LIBERTY INSURANCE COMPANY

4829-9294-7204.1

-2-
STIPULATION FOR DISMISSAL

1  actions in its entirety WITH PREJUDICE.
2      This Stipulation may be executed in courter-part and shall constitute an agreement
3  which is binding upon all of the parties hereto, notwithstanding that the signatures of all the
4  parties through counsel of record do not appear on the same page and faxed copies of the
5  signature pages may be filed as originals.
6      IT IS SO STIPULATED.

DATED: September __, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOSEPH OWENS
KIMBERLEI D. EVANS
Attorneys for Defendant,
THE SHERWIN-WILLIAMS COMPANY

DATED: September __, 2009     KURLANDER & BURTON

By _____
ROBERT G. BURTON
KIMBERLEI D. EVANS
Attorneys for Plaintiff
LORELL HAMILTON

DATED: September 3, 2009     LAUGHLIN, FALBO, LEVY & MORESI

By /s/ Janine Vancho
JANINE VANCHO
Attorneys for
LIBERTY INSURANCE COMPANY

**IT IS SO ORDERED**
/s/ Marilyn H. Patel
Judge Marilyn H. Patel
*(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)*

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4829-9294-7204.1

-2-
STIPULATION FOR DISMISSAL